# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Credit Suisse First Boston, | : | Civil Action |
| | : | |
| Movant | : | |
| v. | : | No. 05-40 |
| | : | |
| Certain Physicians, | : | |
| | : | |
| Respondent | : | |

**ORDER**

AND NOW, this 14 th day of March, 2005, upon consideration of the Motion of Credit Suisse First Boston, as Agent for Withdrawal of the Reference with regard to the Motion of Credit Suisse First Boston, as Agent, for Order Authorizing it to Commence an Adversary Proceeding on Behalf of the Debtors' Estates Against Certain Physicians Who Falsely Reported X-Ray Readings as Positive for Asbestos Related Impairment (Bankruptcy Action 00-3837, Docket No. 14180), and the response thereto, and it appearing that the Bankruptcy Court has held a hearing on the motion to commence an adversary proceeding,

IT is hereby ORDERED that:

1. The Motion for Withdrawal of the Reference is DENIED.

2. Counsel for Credit Suisse First Boston is directed to send a copy of this order promptly to those on the service list.

3. The Clerk is directed to cross-file this Order in the United States Bankruptcy Court for the District of Delaware at No. 00-3837.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.